IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN J. SCHELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | )   NO. 3:19-cv-1326-JPG |
| | ) |
| ERIC SCHELLHARDT, | ) |
| MARC ASBURY,   and | ) |
| MADISON COUNTY, | ) |

PLAINTIFF'S RULE 26(2) EXPERT WITNESS DISCLOSURE

NOW COMES the plaintiff, BRIAN J. SCHELL, by and through his attorneys, Polinske & Associates, P.C., and Brian L. Polinske, and discloses the following witness will testify at trial pursuant to Federal Rules of Evidence 701, 703 or 705 in this matter as a retained expert witness:

**Dr. John C. Navin, Phd, 63 Anna Circle, Bluffton, OH 45817**

Pursuant to Rule 26(2) the witnesses' written report prepared and signed by Dr. Navin is attached hereto (See Schell Bates 918 to 1132). The report contains a complete statement of all opinions the witness will express and the basis and reasons for them; (ii) the facts or data considered by the witness in forming them; (iii) any exhibits that will be used to summarize or support them; (iv) the witnesses' qualifications, including a list of all publications authored in the previous 10 years; (v) a lists of other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and (vi) a statement of the compensation to be paid for the study and testimony in the case.

**See attached Bates numbered Schell 918 to 1132.**

Respectfully submitted,<br>
Polinske & Associates, P.C.,

/s Brian L. Polinske

Brian L. Polinske  
701 North Main Street  
Edwardsville, IL 62025  
06211450  
618.692.6520  
polinske@sbcglobal.net

CERTIFICATE OF SERVICE

  I, the undersigned, do hereby certify that on January 13, 2021, a copy of this pleading was served upon all parties of record via ECF and upon the following parties:

Heidi L. Eckert  
7777 Bonhomme Avenue, Ste. 1800  
St. Louis, MO 63105

/s Brian L. Polinske